UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REYNALDO MADRIGAL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-340 |
| | § | |
| RUSSELL TRUST ASSOCIATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Pending is Plaintiff Reynaldo Madrigal's Complaint, filed October 31, 2017. (D.E. 1). Plaintiff is **ORDERED** to submit a more definite statement of his claim, concerning specifically, and only, the following issues:

1. Plaintiff's **standing** to bring this lawsuit; and
2. This Court's **jurisdiction** over Plaintiff's claim(s).

It appears to the undersigned that Plaintiff does not have an interest in the alleged controversy sufficient to establish standing. It further appears that a basis for this Court's jurisdiction over Plaintiff's claim is lacking, under both 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1332 (diversity of citizenship).

Plaintiff is directed to expand upon the foregoing issues to the best of his ability based on personal knowledge and the information available to him. Plaintiff's response is due on November 20, 2017. Plaintiff is instructed to label his response "**Plaintiff's**

**More Definite Statement**" and to include the correct Civil Action Number as shown above in the style of this case.

Plaintiff's failure to comply as directed may result in the dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.

ORDERED this 13th day of November, 2017.

_____
Jason B. Libby
United States Magistrate Judge