United States District Court
Southern District of Texas
Corpus Christi Division

United States Courts
Southern District of Texas
FILED

NOV 2 0 2017

David J. Bradley, Clerk of Court

Civil Action No. 2:17-CV-340

"Plaintiff's More Definite Statement'

Reynaldo Madrigal
Plaintiff
VS.
Russell Trust Association, et al
Defendants.

Answer to order for more Definite Statement

1. Standing- I have standing in this case because I am the grandson of Pancho Villa and demand the return of his skull from the fraternity Skull and Bones which is located on the campus of Yale University. The skull must be return to be buried with his body in Mexico City so that he can rest in peace.

2. Jurisdiction- I believe this court has jurisdiction because,
   a. Russell Trust Association is in another state.
   b. Yale University is in another state.
   c. Mitt Romney lives in another state. And George Bush lives in another town.

*Reynaldo Madrigal*
Reynaldo Madrigal
4253 Dody st.
Corpus Christi, Texas 78411
Friday, November 17, 2017